IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| KODY CRAIG ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-048 |
| | ) | |
| ALLEN HAMMOCK; CLINT ENGLISH; | ) | |
| TIMOTHY G. VAUGHN; CHRIS GORDON; | ) | |
| and TONY RIDDLE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 13th day of September, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE