# United States District Court
## Southern District of Georgia

KODY CRAIG ROGERS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV316-048

ALLEN HAMMOCK; CLINT ENGLISH; TIMOTHY G. VAUGHN; CHRIS GORDON; and TONY RIDDLE,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on September 13, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the case is DISMISSED without prejudice, and this civil action stands CLOSED.



September 13, 2016
*Date*

Scott L. Poff
*Clerk*

*(By)* *Deputy Clerk*